

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 162ND JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 5th day of August, 2015, the cause on appeal to revise or reverse the judgment between

MARK THOMPSON, Appellant

No. 05-12-00574-CV          V.

TRACY MCSPEDDEN, AS
POWER OF ATTORNEY FOR
MARY ALICE THOMPSON, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-12-03534.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 15th day of October, 2015.



_____
LISA MATZ, Clerk